**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-6910**

_____

MICHAEL RAY FORTUNA,

Plaintiff - Appellant,

v.

MR. HUDGINS, Warden; DR. ANDERSON, Doctor at Medical Services; MRS.
WILSON, Physician's Assistant; NURSE BREHMUR, Nurse at Medical Services,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at
Wheeling.  John Preston Bailey, District Judge.  (5:21-cv-00072-JPB-JPM)

_____

Submitted:  October 28, 2021                            Decided:  November 12, 2021

_____

Before WYNN and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Ray Fortuna, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Ray Fortuna appeals the district court's order dismissing under 28 U.S.C. § 1915(e)(2)(B) his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Fortuna's informal brief does not challenge the district court's conclusion that *Bivens* does not provide a remedy for the types of claims Fortuna raised, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). In any event, we conclude that Fortuna's claim would fail for the reasons stated by the district court. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*